IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON

RONALD GUE,

        Plaintiff,

v.                                              CIVIL ACTION NO. 3:02-0449

JOANNE BARNHART,
Commissioner of Social Security,

        Defendant.

## **FINDINGS AND RECOMMENDATION**

This is an action seeking review of the final decision of the Commissioner of Social Security denying the plaintiff's application for disability benefits. 42 U.S.C. §405(g). On May 24, 2002, an order was entered denying plaintiff's application to proceed in forma pauperis and directing him to remit the filing fee within thirty days. Plaintiff has now filed a motion seeking dismissal of the complaint.

Good cause appearing to the Court, it is hereby **RESPECTFULLY RECOMMENDED** that plaintiff's motion to dismiss be granted and this case be dismissed and retired from the Court's docket..

Plaintiff and defendant are hereby notified that a copy of these Findings and Recommendation will be submitted to the Honorable Robert J Chambers, United States District Judge, and that, in accordance with the provisions of Rule 72(b), Fed.R.Civ.P., the parties may, within thirteen days of the date of filing these Findings and Recommendation, serve and file written objections with the Clerk of this Court, identifying the portions of the Findings and

Recommendation to which objection is made and the basis for such objection. The judge will make a de novo determination of those portions of the Findings and Recommendation to which objection is made in accordance with the provisions of 28 U.S.C. §636(b) and the parties are advised that failure to file timely objections will result in a waiver of their right to appeal from a judgment of the district court based on such Findings and Recommendation. Copies of objections shall be served on all parties with copies of the same to Judge Chambers and this Magistrate Judge.

The Clerk is directed to file these Findings and Recommendation and to mail a copy of the same to all counsel of record.

DATED: July 20, 2005

_____
MAURICE G. TAYLOR, JR.
UNITED STATES MAGISTRATE JUDGE