IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

RONALD GUE,

        Plaintiff,

v.                        CIVIL ACTION NO. 3:02-0449

JOANNE BARNHART,
Commissioner of Social Security,

        Defendant.

## ORDER

This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's motion to dismiss be granted and this case be dismissed and retired from the Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Plaintiff's motion to dismiss and **DISMISSES** and retires this case from the Court's docket consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

                                    ENTER:        August 10, 2005

                                                  ROBERT C. CHAMBERS
                                                  UNITED STATES DISTRICT JUDGE